UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE J. FOLKMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant | Civ. A. No. 1:19-cv-12440-MBB |

**PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS**

Pursuant to Fed. R. Civ. P. 4(b), the plaintiff moves for issuance of a summons in the form attached to this motion as Exhibit 1. In support of this motion, the plaintiff says as follows.

1. This is an action under the Freedom of Information Act. Under the statute, "the defendant shall serve an answer or otherwise plead to any complaint … within thirty days after service …" 5 U.S.C. § 552(a)(4)(C); *see also Weber v. Coney,* 642 F.2d 91, 93 (5th Cir. 1981) (government has thirty days to answer FOIA complaint).

2. On December 3, 2019, the Clerk issued the ordinary form of a summons, which provides the government with sixty days to respond. (ECF 3).

3. The Clerk's office has indicated that it cannot issue a thirty-day summons without a court order.

For these reasons, the plaintiff respectfully requests that the Court direct the Clerk's office to issue a summons in the form attached as Exhibit 1.

Respectfully submitted,

_/s/ Theodore J. Folkman_____
Theodore J. Folkman (BBO No. 647642)

|  |  |
|---|---|
|  | PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP<br>One Liberty Square<br>Boston, MA 02109<br>(617) 229-5415<br>tfolkman@piercebainbridge.com |
| Dated: December 17, 2019 |  |