UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE J. FOLKMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant | Civ. A. No. 1:19-cv-12440-MBB |

## **DECLARATION OF THEODORE J. FOLKMAN**

I, Theodore J. Folkman, make the following declaration regarding service of process:

1.　　On December 18, 2019, I caused copes of the summons and complaint to be served on the Department of State and the Department of Justice.

2.　　Attached as Exhibit 1 are true copies of the certified mail receipts and of the signed return receipts.

3.　　The date of service shown on the receipts is December 23, 2019.

I declare under penalty of perjury that the foregoing is true and corrected. Executed on January 27, 2020.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Theodore J. Folkman
　　　　　　　　　　　　　　　　　　　　　　　Theodore J. Folkman