```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

THEODORE J. FOLKMAN,
      Plaintiff,

      v.                                        CIVIL ACTION NO.
                                                  19-12440-MBB

U.S. DEPARTMENT OF STATE,
      Defendant.

**FINAL JUDGMENT**

**April 30, 2020**

**BOWLER, U.S.M.J.**

    In light of the parties' settlement (Docket Entry # 19), it is **ORDERED** and **ADJUDGED** that this action be **DISMISSED** with prejudice subject to the right of either party to move within thirty days, for good cause shown, to reopen the case for further proceedings.

                                      /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge